# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| John Does, *1-2*, et al, | **COURT MINUTES** |
| Plaintiff(s) | Case Number: CV 18-1596 DWF/HB |
| | Date: February 22, 2019 |
| | Court Reporter: Lynne Krenz |
| v. | Courthouse: St. Paul |
| | Courtroom: 7C |
| Regents of the University | Time Commenced: 10:12 AM |
| of Minnesota, et al | Time Concluded: 11:27 AM |
| | Sealed Time in Court: |
| Defendant(s). | Time in Court: 1 Hour & 15 Minutes |

**APPEARANCES:**

    Plaintiff: David J.S. Madgett
    Defendant: Carrie Ryan Gallia, Charles F. Webber, Brian J. Slovut

**PROCEEDINGS:**

Hearing on:

MOTION to Dismiss/General Plaintiffs' Amended Complaint filed by Eric Kaler, Tina Marisam, Regents of the University of Minnesota. (Webber, Charles) (Doc. No. 24)

**IT IS ORDERED:**

    ☒ **Submitted**
    ☒ Written order forthcoming.
    .

                                                            s/L. Sampson
                                                            Courtroom Deputy