

March 23, 2022

The Honorable Judge Hildy Bowbeer
Warren E. Burger Federal Building and U.S. Courthouse        **VIA EMAIL**
316 North Robert Street
Saint Paul, Minnesota 55101

    RE:    Supplemental Status Letter (Does 1-2, 5-10)
              **Does v. Minnesota**
              Case No. 0:18-cv-01596-DWF-HB

Dear Judge Bowbeer:

I represent Does 1, 2, and 5-10 (hereinafter simply "Does") in the above-captioned matter. As directed during our call today, I have reviewed my records and conferred with defense counsel. The parties are in agreement that 70 of 72 authorizations have been produced by my clients. We also agree as to the specific content as to the two remining authorizations both of which pertain to JD7. Late this morning, I contacted JD7 and requested that he immediately execute these authorizations. I am awaiting return communication.

I have also confirmed that our production is indeed complete as to all information in the control of my clients. Notwithstanding, there is, of course, the possibility that continuing discovery will uncover additional documents. However, I can confirm that all reasonably known documents have been produced.

We have similarly communicated to the University our position regarding extending the current scheduling order.

I am happy to address any further questions or concerns. As always, thank you for your time and attention to this matter.

                            Kind Regards,

                            David Madgett