**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE MANAGEMENT CONFERENCE**

---

| | |
|---|---|
| John Does 1-2, and 4-11, | **COURT MINUTES** |
| | BEFORE: Hildy Bowbeer |
| Plaintiffs, | U.S. Magistrate Judge |
| | |
| v. | Case No.:  18-cv-1596 (DWF/HB) |
| | Date:  May 12, 2022 |
| | Location:  n/a (videoconference) |
| Regents of the University of Minnesota, | Court Reporter:  n/a |
| | Time in Court:  9:00 am – 9:57 am |
| Defendant. | Total Time:  57 minutes |

---

**APPEARANCES:**

For Plaintiffs John Does 1-2, 5-10: David J. S. Madgett
For Plaintiffs John Does 4 & 11: Lee A. Hutton, III
For Defendant Regents of the University of Minnesota: Sean R. Somermeyer and Daniel J. Connolly

**PROCEEDINGS:**

The parties updated the Court on the matters as described in the parties' joint discovery status letter [ECF No. 78].  Counsel will meet and confer immediately after the status conference about any remaining technical difficulties in Plaintiffs' counsel's ability to access Defendants' productions.

Plaintiffs' counsel will each supplement their respective clients' discovery responses and document productions in response to deficiencies identified in Defendants' April 23, 2022 letter, including but not limited to (as applicable) authorizations, emails, social media, and verified interrogatory answers, by **May 20, 2022**.  The Court expects such supplementation to be substantially complete by that date, but if Plaintiffs' counsel are still expecting something they have not yet received, that will not be a reason to delay all other supplementation; instead, they will provide all other supplementation by that date and clearly communicate with Defendants' counsel what else they are waiting for, why it is delayed, and when they expect to receive it. Following the receipt and review of the May 20 supplementations but prior to May 25, 2022, counsel will meet and confer with each other about any remaining perceived deficiencies in Plaintiffs' supplementations.

In addition, counsel will meet and confer about the timing and format of depositions, including whether depositions will be conducted in-person or remotely.  They will also meet and confer regarding Plaintiffs' position that there may be a basis to disqualify Defendants' in-house counsel from participation in the litigation.

To follow-up on the above matters and plan for any motion practice or IDR proceedings that may be required, the Court will hold another case management video conference by Zoom on **May 25, 2022, at 10:30 am**.  Chambers will circulate conference access information a few days beforehand.


*s/MJA*
Judicial Law Clerk
