UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Doe et al,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Regents of the University of Minnesota et al,<br><br>　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.:　18-cv-1596 (DWF/HB)<br>Date:　　　May 25, 2022<br>Courthouse　St. Paul<br>Location:　Via ZoomGov<br>Time:　　　10:33 am – 11:37 am<br>　　　　　　(1 hour 4 minutes) |

**APPEARANCES:**

For Plaintiffs Does 1–2, 5, 6, 8–10: David J. S. Madgett
For Plaintiffs Does 4, 7, 11: Lee A. Hutton, III
For Defendants: Sean R. Somermeyer; Daniel J. Connolly

**PROCEEDINGS:**

The parties updated the Court on developments in the matters discussed during the May 12, 2022 case management conference (*see* May 12, 2022 Minutes [ECF No. 79]) and reported good progress. Certain items that remain outstanding were discussed and further supplementation will be made by May 31, 2022.

Mr. Madgett, Mr. Somermeyer, and a representative from the University's IT support staff will promptly convene a conference call to resolve difficulties in Mr. Madgett's ability to access Defendants' document productions and/or his clients' University email account.

Plaintiffs' counsel will file notices regarding the change in representation for John Doe #7 from Mr. Madgett to Mr. Hutton.

Mr. Hutton has provided availability for his clients' depositions. Mr. Madgett will provide availability for his clients' depositions by May 27, 2022. Counsel will meet-and-confer regarding all of Plaintiffs' depositions, including whether they will be conducted

in person or remotely.

Mr. Hutton has identified witnesses Plaintiffs wish to depose and counsel will meet and confer about availability, format, objections, location, and scope.

The Court and counsel discussed briefly the status of Plaintiffs' position that there may be grounds to disqualify Defendants' in-house counsel from participation in the litigation.

Counsel intend to meet and confer on the above matters by May 31, 2022.  The Court will hold another case management conference by Zoom video on **June 3, 2022, 10:30 am.**  Chambers will circulate videoconference access information a few days beforehand.

Finally, the Court and counsel discussed that while there are disputes that ultimately may require motion practice, no such matters would be ready for resolution by the undersigned prior to her retirement on June 22; accordingly, it is likely the case will be transferred to another magistrate judge during the week of June 6, 2022.

> *s/ NEH*
> Judicial Law Clerk