# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| Doe et al, | **COURT MINUTES** |
|  | **BEFORE: Donovan W. Frank** |
|  | **United States District Judge** |
| Plaintiff(s) |  |
|  | Case Number:   CV 18-1596 DWF/TNL |
| v. | Date:   December 8, 2022 |
|  | Court Reporter:   Lynne Krenz |
|  | Courthouse:   St. Paul |
| Regents of the University of Minnesota, | Courtroom:   7C |
|  | Time Commenced:   9:30 AM |
| Defendant(s). | Time Concluded:   10:47 AM |
|  | Time in Court:   1 Hour & 17 Minutes |

APPEARANCES:

   Plaintiff:   David J S Madgett, Lee A Hutton , III
   Defendant(s):   Carrie Ryan Gallia & Sean R. Somermeyer

PROCEEDINGS:

Hearing on:   MOTION for Summary Judgment filed by Regents of the University of Minnesota. (Ryan Gallia, Carrie) (Doc. No. [89])

**IT IS ORDERED:**

   : **Submitted**
   : Written order forthcoming.

                                                               s/L. Sampson
                                                             Courtroom Deputy