# UNITED STATES DISTRICT COURT
## District of Minnesota

John Does 1-2, 4-11,

                  Plaintiffs,

v.

Regents of the University of Minnesota,

                  Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 18cv1596 (DWF/TNL)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's motion for summary judgment (Doc. No. [89]) is **GRANTED**.

2. Plaintiffs' Title IX claim against Defendant is **DISMISSED WITH PREJUDICE.**

Date: 1/27/2023

                KATE M. FOGARTY, CLERK