# TAXATION OF COSTS SUMMARY

John Does 1-2, 5-6, and 8-10,

Plaintiffs,

v.                                                                      18-cv-1596 DWF/TNL

Regents of the University of Minnesota,

Defendant.

_____

Defendant, Regents of the University of Minnesota,
against Plaintiffs, John Does 1-2, 5-6, and 8-10:

1. Fees for Transcripts:
Claimed: $20,646.20             Allowed: $18,786.20
    Allowed: Sufficient explanation and documentation provided for transcript fees in the amount of $18,786.20 and no objection filed.
    Denied: $1,860.00.  See table below for explanation of denied transcript fees.

| Deponent / Transcript | Amount Claimed | Amount Allowed | Amount Denied | Reason for Denial |
|---|---|---|---|---|
| Doe 1 | $4,010.10 | $3,715.10 | $295.00 | Virtual services fee not taxable by the Clerk |
| Doe 2 | $3,401.60 | $3,241.60 | $160.00 | Media and cloud services fee not taxable by the Clerk |
| Doe 5 | $4,104.40 | $3,609.40 | $495.00 | Virtual and media and cloud services fees not taxable by the Clerk |
| Doe 6 | $1,018.70 | $723.70 | $295.00 | Virtual services fee not taxable by the Clerk |
| Doe 8 | $2,665.10 | $2,250.10 | $415.00 | Virtual and media and cloud services fees not taxable by the Clerk |
| Doe 9 | $1,893.10 | $1,893.10 | $0.00 | N/A |
| Doe 10 | $3,553.20 | $3,353.20 | $200.00 | Media and cloud services fee not taxable by the Clerk |
| **Totals** | **$20,646.20** | **$18,786.20** | **$1,860.00** | |

2. Fees for Copying:
    Claimed: $97.20        Allowed: $97.20
    Allowed: $97.20.  Sufficient documentation provided for copying costs of $97.20 and no objection filed.

TOTAL ALLOWED:
$18,883.40

Dated: APRIL 10, 2023
K. Fogarty, Clerk